ASSURED GUARANTY (UK) LTD., in the Right of Itself and of ORKNEY RE II PLC, Respondent, v J.P. MORGAN INVESTMENT MANAGEMENT INC., Appellant.

Submitted October 11, 2011; decided October 13, 2011

Motion by New York State AFL-CIO et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.

In the Matter of HAILEY ZZ., a Child Alleged to be Permanently Neglected. TOMPKINS COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; RICKY ZZ., Appellant.

Submitted October 11, 2011; decided October 13, 2011

Motion for poor person relief granted.

AYUBE HUSSEIN, as Parent of a Student in the Albany City School District, et al., Respondents, v STATE OF NEW YORK, Appellant.

Submitted September 19, 2011; decided October 13, 2011

Motion by New York State United Teachers for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and 19 copies filed within seven days.

In the Matter of JALEEL E.F., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; CHERYL S., Respondent, and ERNEST F., Appellant.

Submitted July 18, 2011; decided October 13, 2011

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).